Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Laura Femino (admitted *pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
401 E Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 377-0716

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

*Counsel to Cosimo Borrelli in his
capacity as the sole director of each
of the Borrelli Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br>Case No. 26-10769 (MG)<br>(Jointly Administered)<br><br>Re ECF Nos. 82, 89, & 90 |

## NOTICE OF APPEAL & STATEMENT OF ELECTION

Cosimo Borrelli, in his capacity as the sole director of each of twenty-five of the Debtors,[2] by and through his undersigned counsel, hereby files this Notice of Appeal & Statement of Election pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8003 and 8005.

---

[1]   The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at ECF No. 2-1. Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

[2]   Mr. Borrelli is the sole Director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific

**PART 1: Identify the appellant(s)**

1.      Cosimo Borrelli, in his capacity as the sole director of each of twenty-five of the Debtors. Mr. Borrelli objected as a party in interest pursuant to Federal Rule of Bankruptcy Procedure 1012(a) to a chapter 15 petition for recognition of a foreign proceeding.

**PART II: Identify the subject of this appeal**

2.      Mr. Borrelli takes this appeal as to the bankruptcy court's: (1) *Order Granting Recognition of Foreign Main Proceedings and Related Relief* [ECF No. 90], dated June 18, 2026 and attached hereto as **Exhibit A**; (2) *Memorandum Opinion Recognizing the BVI Proceedings as Foreign Main Proceedings and Granting Related Relief* [ECF No. 82], dated June 11, 2026 and attached hereto as **Exhibit B**; and (3) *Memorandum Opinion Granting in Part and Denying in Part Cosimo Borrelli's Objection to the Proposed Recognition Order* [ECF No. 89], dated June 18, 2026 and attached hereto as **Exhibit C**.

**PART III: Identify the other parties to the appeal**

3.      Party:            Cosimo Borrelli

        Attorney:         Peter M. Skinner
                          Boies Schiller Flexner LLP
                          55 Hudson Yards
                          New York, New York 10001
                          (212) 446-2300
                          pskinner@bsfllp.com

---

Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (together, the "**Borrelli Debtors**").

| | | |
|---|---|---|
| 4. | Party: | Paul Pretlove |
| | Attorney: | Andrew Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>dietdericha@sullcrom.com |
| 5. | Party: | David Standish |
| | Attorney: | Andrew Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>dietdericha@sullcrom.com |
| 6. | Party: | James Drury |
| | Attorney: | Andrew Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>dietdericha@sullcrom.com |

**PART IV: Optional election to have appeal heard by the District Court**

7.     Mr. Borrelli elects to have the appeal heard by the United States District Court for

the Southern District of New York rather than by the Bankruptcy Appellate Panel.

3

**PART V: Sign below**

Dated:  June 18, 2026
        New York, New York

                                        Respectfully Submitted,

                                        **BOIES SCHILLER FLEXNER LLP**

                                        */s/ Peter M. Skinner*
                                        Matthew L. Schwartz
                                        Peter M. Skinner
                                        Gordon Z. Novod
                                        55 Hudson Yards
                                        New York, New York 10001
                                        Telephone: (212) 303-3646
                                        mlschwartz@bsfllp.com
                                        pskinner@bsfllp.com
                                        gnovod@bsfllp.com

                                        Dan G. Boyle
                                        2029 Century Park East
                                        Los Angeles, California 90067
                                        Telephone: (213) 995-5732
                                        dboyle@bsfllp.com

                                        Laura Femino (admitted *pro hac vice*)
                                        401 E Las Olas Boulevard
                                        Fort Lauderdale, Florida 33301
                                        Telephone: (954) 377-0716
                                        lfemino@bsfllp.com

                                        *Counsel to Cosimo Borrelli in his*
                                        *capacity as the sole director of each*
                                        *of the Borrelli Debtors*