UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

In the Matter of

PRINCE GLOBAL HOLDINGS LIMITED

------------------------------------------------------------------

COSIMO BORRELLI,

                             Appellant,

        -against-

PAUL PRETLOVE; DAVID STANDISH; and
JAMES DRURY,

                        Appellees.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026

26-CV-05279 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED THAT:

      1.     The parties must file and provide Chambers with a courtesy copy of the Joint

Appendix or other compilations comprising the documents designated for the record on appeal,

as well as courtesy copies of their briefs and other filings in connection with this appeal.  The

parties are directed promptly to designate the record on appeal.

      2.     Appellant's brief shall be filed no later than **September 2, 2026**; Appellee's

response shall be filed no later than **October 2, 2026**; and Appellant's reply shall be filed no

later than **November 2, 2026**.

      3.     Given that, pursuant to Federal Rule of Bankruptcy Procedure 8019, the Court has

discretion to determine whether oral argument will aid the decision process in light of the facts

and legal arguments presented in the briefs, the Court will determine whether to hold oral

argument after the parties have filed their briefs.

**SO ORDERED.**

**Date:  June 24, 2026**
       **New York, NY**

                          **VALERIE CAPRONI**
                       **United States District Judge**