Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Authorized Foreign Representatives*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRINCE GLOBAL HOLDINGS LIMITED *et al.*,[1]<br><br>Debtors in Foreign Proceedings. | Chapter 15<br><br>Case No. 26-10769 (MG)<br><br>(Jointly Administered) |
| COSIMO BORRELLI,<br><br>Appellant,<br><br>-against-<br><br>PAUL PRETLOVE, DAVID STANDISH, and JAMES DRURY,<br><br>Appellees. | Appeal<br><br>Case No. 26-CV-05279 |

**APPELLEES' MOTION TO DISMISS AND STAY PROCEEDINGS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum in support, Appellees Paul Pretlove, David Standish and James Drury, in their capacities as the authorized

[1] The Debtors in the above-captioned Chapter 15 cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers can be found at [ECF No. 2-1] in *In re Prince Glob. Holdings Ltd.*, No. 26-10769 (Bankr. S.D.N.Y.).

foreign representatives (collectively, the "Authorized Foreign Representatives") of Prince Global Holdings Limited and twenty-nine of its affiliates (collectively, the "Debtors") in the above-captioned action, by and through their undersigned counsel, will move this Court, before the Honorable Valerie E. Caproni, U.S. District Judge for the Southern District of New York, at the United States Courthouse, Courtroom 20C, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by the Court, pursuant to rule 8013(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order dismissing this bankruptcy appeal on the grounds of lack of standing and staying all merits briefing deadlines pending the disposition of this Motion.

Pursuant to Bankruptcy Rule 8013(a)(2)(C), attached hereto as Exhibits A, B and C are true and correct copies of the bankruptcy court's *Order Granting Recognition of Foreign Main Proceedings and Related Relief* [ECF No. 90], *Memorandum Opinion Recognizing the BVI Proceedings as Foreign Main Proceedings and Granting Related Relief* [ECF No. 82] and *Memorandum Opinion Granting in Part and Denying in Part Cosimo Borrelli's Objection to the Proposed Recognition Order* [ECF No. 89], respectively, which are the subject of this bankruptcy appeal.

Dated: August 14, 2026
New York, New York

Respectfully submitted,

*<u>/s/ Andrew G. Dietderich</u>*
Andrew G. Dietderich
Sharon Cohen Levin
Christopher J. Dunne
Jacob M. Croke
Alexa J. Kranzley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
levinsc@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com
kranzleya@sullcrom.com

*Counsel to the Authorized Foreign Representatives*