Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300

Dan G. Boyle
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732

*Counsel to Cosimo Borrelli in his capacity as the sole director of each of the Borrelli Debtors*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of:<br><br>PRINCE GLOBAL HOLDINGS LIMITED et al.,<br><br>Debtors in Foreign Proceedings.[1] | Chapter 15<br>Case No. 26-10769 (MG)<br>(Jointly Administered) |
| COSIMO BORRELLI,<br><br>Appellant,<br><br>v.<br><br>PAUL PRETLOVE, DAVID STANDISH, and JAMES DRURY,<br><br>Appellees. | Bankruptcy Appeal<br>Case No. 1:26-cv-05279-VEC |

**DECLARATION OF PETER M. SKINNER**

[1] The Debtors in these Chapter 15 Cases are incorporated in the British Virgin Islands and maintain their registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, British Virgin Islands, VG1110. A complete list of the Debtors and their company numbers may be found at Docket Entry 2-1 in *In re Prince Global Holdings Limited, et al.*, Case No. 26-bk-10769 (MG) (Bankr. S.D.N.Y.). Notwithstanding the case caption, Cosimo Borrelli, in his capacity as the sole director of each of the Borrelli Debtors, disputes that each of these entities is the subject of a "foreign proceeding" within the meaning of 11 U.S.C. § 101(23).

I, PETER M. SKINNER, declare as follows:

1. I am a member of the Bar of the State of New York and a partner at BOIES SCHILLER FLEXNER LLP, counsel to Cosimo Borrelli in his capacity as the sole director of twenty-five of the Debtors[2] in the above-captioned case. I make this declaration in support of Mr. Borrelli's Opposition to Appellees' Motion to Dismiss and Stay Proceedings.

2. Attached as **Exhibit 1** is a true and correct copy of the Joint Provisional Liquidators' application filed in the provisional proceedings before the British Virgin Islands Commercial Court, dated May 4, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of the Borrelli Debtors' Skeleton Argument in the provisional proceedings before the British Virgin Islands Commercial Court, dated May 12, 2026.

4. Attached as **Exhibit 3** is a true and correct copy of the witness statement of David Standish, dated June 25, 2026.

5. Attached as **Exhibit 4** is a true and correct copy of a letter from Tanner De Witt to Georgiou Partnership LLP, dated July 6, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of Joint Provisional Liquidators' Skeleton Argument in the provisional proceedings before the British Virgin Islands Commercial Court, dated August 17, 2026.

[2] Mr. Borrelli is the sole director of each of Prince Global Holdings Limited, Auspicious Tycoon Limited, Bright Team Global Limited, Delightful Thrive Limited, Even Sincerity Limited, Fulam Investment Limited, Giant Victory Holdings Limited, Golden Ascend International Limited, Harmonic State Limited, Luminous Glow Limited, Mighty Divine Limited, Noble Title Limited, Oriental Charm Holdings Investment Limited, Pacific Charm Holdings Investment Limited, Praise Marble Limited, Prince Global Group Limited, Respectful Steed Limited, Retain Prosper Limited, Simply Advanced Limited, Southern Heritage Limited, Star Merit Global Limited, Starry Bloom Limited, Sure Tycoon Limited, Towards Sunshine Limited, and United Riches Global Limited (collectively, the "Borrelli Debtors").

7. Attached as **Exhibit 6** is a true and correct copy of a subpoena served by the Joint Provisional Liquidators on my law firm, dated August 24, 2026.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 28, 2026

*/s/ Peter M. Skinner*
Peter M. Skinner