Case No. 1:26-cv-05279 (VEC)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re: PRINCE GLOBAL HOLDINGS LIMITED, *et al.*,

*Debtors in Foreign Proceedings*

COSIMO BORRELLI

*Appellant*,

v.

PAUL PRETLOVE, DAVID STANDISH, and JAMES DRURY,

*Appellees*.

On Appeal from the United States Bankruptcy Court
for the Southern District of New York

Case No. 26-10769 (Jointly Administered)

Kyu Young Paek, Bankruptcy Judge Presiding

**JOINT APPENDIX**

BOIES SCHILLER FLEXNER LLP

Matthew L. Schwartz
Peter M. Skinner
Gordon Z. Novod
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
mlschwartz@bsfllp.com
pskinner@bsfllp.com
gnovod@bsfllp.com

Dan G. Boyle
2029 Century Park East
Los Angeles, California 90067
Telephone: (213) 995-5732
dboyle@bsfllp.com

**COUNSEL FOR APPELLANT**

**Table of Contents**



| JA Page Number | ECF/Exhibit No. | Date | Description |
|---|---|---|---|
| JA-000001 – 000031 | 1 | 04/08/2026 | Joint Provisional Liquidators' Chapter 15 Petition for Recognition of a Foreign Proceeding |
| JA-000032 – 000051 | 2 | 04/08/2026 | Joint Provisional Liquidators' Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-000052 – 000054 | 2-1 | | Exhibit A – List of Debtors |
| JA-000055 – 000061 | 2-2 | | Exhibit B – Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-000062 – 000088 | 3 | 04/08/2026 | Declaration of Paul Pretlove in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-000089 – 000091 | 3-1 | | Exhibit A – List of Debtors |
| JA-000092 – 000152 | 3-2 | | Exhibit B – TRM Labs 2026 Crypto Crime Report |
| JA-000153 – 000602 | 3-3 | | Exhibit C – Order on Application for Joint Provisional Liquidators in the BVI Proceedings (dated January 9, 2026) |
| JA-000603 – 000753 | 3-4 | | Exhibit D – Order for the Continuation of the Order Appointing Joint Provisional Liquidators in the BVI Proceedings (dated January 29, 2026) |

| | | | |
|---|---|---|---|
| JA-000754 – 000756 | 3-5 | | Exhibit E – Litigation Hold Notice sent by Boies Schiller Flexner LLP to the Joint Provisional Liquidators (dated March 25, 2026) |
| JA-000757 – 000780 | 4 | 04/08/2026 | Declaration of Andrew Barrington Chissick in Support of (A) the Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code and (B) the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-000781 – 000783 | 4-1 | | Exhibit A – List of Debtors |
| JA-000784 – 000785 | 4-2 | | Exhibit B – List of BVI Proceedings |
| JA-000786 – 001069 | 4-3 | | Exhibit C – BVI Insolvency Act of 2003 |
| JA-001070 – 001093 | 4-4 | | Exhibit D – Skeleton Argument of the Applicant BVI Attorney General in the BVI Proceedings (dated January 6, 2026) |
| JA-001094 – 001543 | 4-5 | | Exhibit E – Order on Application for Joint Provisional Liquidators in the BVI Proceedings (dated January 9, 2026) |
| JA-001544 – 001573 | 7 | 04/08/2026 | Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-001574 – 001576 | 7-1 | | Exhibit A – List of Debtors |
| JA-001577 – 001584 | 7-2 | | Exhibit B – Proposed Order for Emergency Relief |
| JA-001585 – 001592 | 7-3 | | Exhibit C – Proposed Order for Provisional Relief |

| | | | |
|---|---|---|---|
| JA-001593 – 001597 | 8 | 04/09/2026 | Notice of Withdrawal of Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-001598 – 001627 | 9 | 04/09/2026 | Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-001628 – 001630 | 9-1 | | Exhibit A – List of Debtors |
| JA-001631 – 001637 | 9-2 | | Exhibit B – Proposed Order for Emergency Relief |
| JA-001638 – 001645 | 9-3 | | Exhibit C – Proposed Order for Provisional Relief |
| JA-001646 – 001652 | 10 | 04/09/2026 | Joint Provisional Liquidators' Notice of Hearing for Debtors' Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-001653 – 001658 | 11 | 04/10/2026 | Order Directing Joint Administration of the Chapter 15 Cases of Prince Global Holdings Limited and Its Debtor Affiliates |
| JA-001659 – 001662 | 16 | 04/16/2026 | Declaration of Peter M. Skinner in Support of the Objecting Debtors' Objection to Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code |
| JA-001663 – 001688 | 16-1 | | Exhibit 1 – Indictment, Case No. 25-cr-312, ECF No. 1 (E.D.N.Y. Oct. 8, 2025) |
| JA-001689 – 001757 | 16-2 | | Exhibit 2 – Verified Complaint In Rem, Case No. 25-cv-5745, ECF No. 1 (E.D.N.Y. Oct. 14, 2025) |

| | | | |
|---|---|---|---|
| JA-001758 – 001790 | 16-3 | | Exhibit 3 – Claimant Chen Zhi's Motion to Dismiss, Case No. 25-cv-5745, ECF No. 312 (E.D.N.Y. Mar. 10, 2026); Memorandum in Support of Claimant Chen Zhi's Motion to Dismiss, Case No. 25-cv-5745, ECF No. 316 (E.D.N.Y. Mar. 10, 2026) |
| JA-001791 – 001862 | 16-4 | | Exhibit 4 – Claimant Chen Zhi's Motion for a More Definite Statement, Case No. 25-cv-5745, ECF No. 313 (E.D.N.Y. Mar. 10, 2026); Memorandum of Law in Support of Claimant Chen Zhi's Motion for a More Definite Statement, Case No. 25-cv-5745, ECF No. 317 (E.D.N.Y. Mar. 10, 2026) |
| JA-001863 – 001874 | 16-5 | | Exhibit 5 – Office of Foreign Assets Control, Specially Designated Nationals List Update, Transnational Criminal Organizations Designations; Issuance of TCO-Related General License |
| JA-001875 – 001884 | 16-6 | | Exhibit 6 – Office of Financial Sanctions Implementation, HM Treasury, Financial Sanctions Notice, Global Human Rights |
| JA-001885 – 002513 | 16-7 | | Exhibit 7 – Ordinary Application (Ex-Parte) (Company) Per Rule 14 in the BVI Proceedings (dated January 2, 2026); Originating Application (Company) Per Rule 14 in the BVI Proceedings (dated January 2, 2026) |
| JA-002514 – 002589 | 16-8 | | Exhibit 8 – Notices of Opposition of the Borrelli Debtors in the BVI Proceedings (dated March 1, 2026) |
| JA-002590 – 002715 | 16-9 | | Exhibit 9 – Ordinary Application (Company) Per Rule 14 in the BVI Proceedings (dated March 1, 2026) |
| JA-002716 – 002724 | 16-10 | | Exhibit 10 – Skeleton Argument of the Applicant BVI Attorney General in the BVI Proceedings (dated April 14, 2026) |

| | | | |
|---|---|---|---|
| JA-002725 – 002728 | 16-11 | | Exhibit 11 – Letter from Campbells on behalf of the Borrelli Debtors to O'Neal Webster (dated February 21, 2026) |
| JA-002729 – 002758 | 17 | 04/16/2026 | The Objecting Debtors' Objection to Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code |
| JA-002759 – 002763 | 25 | 04/18/2026 | Letter from Joint Provisional Liquidators to the Chambers of Chief Judge Martin Glenn (dated April 18, 2026) |
| JA-002764 – 002765 | 26 | 04/18/2026 | Notice of Withdrawal of Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-002766 – 002795 | 27 | 04/18/2026 | Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-002796 – 002826 | 27-1 | | Exhibit – Redline of Corrected Motion Against Original Motion |
| JA-002827 – 002838 | 30 | 04/20/2026 | Joint Provisional Liquidators' Reply in Support of Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |
| JA-002839 – 002846 | 30-1 | | Exhibit A – Revised Proposed Provisional Relief Order |
| JA-002847 – 002854 | 30-2 | | Exhibit B – Redline of Revised Provisional Relief Order Against Original Provisional Relief Order |
| JA-002855 – 002860 | 31 | 04/20/2026 | Supplemental Declaration of Andrew Barrington Chissick in Support of the Corrected Emergency Motion for Entry of Orders Granting (I) *Ex Parte* Relief and (II) Provisional Relief, Pursuant to Section 1519 of the Bankruptcy Code |

| | | | |
|---|---|---|---|
| JA-002861 – 002884 | 31-1 | | Exhibit A – Skeleton Argument of the Applicant BVI Attorney General in the BVI Proceedings (dated January 6, 2026) |
| JA-002885 – 003162 | 31-2 | | Exhibit B – Exhibit CB-1 to the Affidavit of Cosimo Borrelli in the BVI Proceedings |
| JA-003163 – 003178 | 31-3 | | Exhibit C – Affidavit of Cosimo Borrelli in the BVI Proceedings (filed March 2, 2026) |
| JA-003179 – 003182 | 35 | 04/21/2026 | Joint Provisional Liquidators' Notice of Hearing and Agenda of Matters Scheduled for Hearing on April 22, 2026 at 11:00 A.M. (Prevailing Eastern Time) |
| JA-003183 – 003218 | 38 | 04/23/2026 | Memorandum Opinion Granting Provisional Relief |
| JA-003219 – 003224 | 41 | 04/24/2026 | Order (I) Scheduling the Recognition Hearing and Objection Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief |
| JA-003225 – 003231 | 41-1 | | Joint Provisional Liquidators' Notice of Recognition Hearing and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code |
| JA-003232 – 003242 | 42 | 04/27/2026 | Joint Provisional Liquidators' Certificate of Service |
| JA-003243 – 003302 | 43 | 04/28/2026 | Transcript of April 22, 2026 Hearing re: Motion for Provisional Relief |
| JA-003303 – 003308 | 44 | 04/30/2026 | Order Granting Provisional Relief |
| JA-003309 – 003315 | 49 | 05/21/2026 | Second Declaration of Peter M. Skinner in Support of Cosimo Borrelli's Objection to the Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |

| | | | |
|---|---|---|---|
| JA-003316 – 003345 | 49-1 | | Exhibit 1 – Declaration of Riz Mokal |
| JA-003346 – 003350 | 49-2 | | Exhibit 2 – Declaration of Cosimo Borrelli |
| JA-003351 – 003376 | 49-3 | | Exhibit 3 – Indictment, Case No. 25-cr-312, ECF No. 1 (E.D.N.Y. Oct. 8, 2025) |
| JA-003377 – 003445 | 49-4 | | Exhibit 4 – Verified Complaint In Rem, Case No. 25-cv-5745, ECF No. 1 (E.D.N.Y. Oct. 14, 2025) |
| JA-003446 – 003479 | 49-5 | | Exhibit 5 – Claimant Chen Zhi's Motion for a More Definite Statement, Case No. 25-cv-5745, ECF No. 313 (E.D.N.Y. Mar. 10, 2026); Memorandum of Law in Support of Claimant Chen Zhi's Motion for a More Definite Statement, Case No. 25-cv-5745, ECF No. 317 (E.D.N.Y. Mar. 10, 2026) |
| JA-003480 – 003512 | 49-6 | | Exhibit 6 – Claimant Chen Zhi's Motion to Dismiss, Case No. 25-cv-5745, ECF No. 312 (E.D.N.Y. Mar. 10, 2026); Memorandum in Support of Claimant Chen Zhi's Motion to Dismiss, Case No. 25-cv-5745, ECF No. 316 (E.D.N.Y. Mar. 10, 2026) |
| JA-003513 – 003745 | 49-7 | | Exhibit 7 – Transcript of April 17, 2026 Open Court Proceedings in the BVI Proceedings |
| JA-003746 – 003757 | 49-8 | | Exhibit 8 – Office of Foreign Assets Control, Specially Designated Nationals List Update, Transnational Criminal Organizations Designations; Issuance of TCO-Related General License |
| JA-003758 – 003767 | 49-9 | | Exhibit 9 – Office of Financial Sanctions Implementation, HM Treasury, Financial Sanctions Notice, Global Human Rights |

| | | | |
|---|---|---|---|
| JA-003768 – 003779 | 49-10 | | Exhibit 10 – Ordinary Application (Ex-Parte) (Company) Per Rule 14 in the BVI Proceedings (dated January 2, 2026) |
| JA-003780 – 003794 | 49-11 | | Exhibit 11 – Originating Application (Company) Per Rule 14 in the BVI Proceedings (dated January 2, 2026) |
| JA-003795 – 003803 | 49-12 | | Exhibit 12 – Skeleton Argument of the Applicant BVI Attorney General in the BVI Proceedings (dated April 14, 2026) |
| JA-003804 – 003818 | 49-13 | | Exhibit 13 – Closing Summary of the Applicant BVI Attorney General's Submissions (dated May 15, 2026) |
| JA-003819 – 004011 | 49-14 | | Exhibit 14 – Transcript of April 16, 2026 Open Court Proceeding in the BVI Proceedings |
| JA-004012 – 004039 | 49-15 | | Exhibit 15 – Skeleton Argument on behalf of the Campbells Respondents in the BVI Proceedings (dated April 13, 2026) |
| JA-004040 – 004075 | 49-16 | | Exhibit 16 – Transcript of the January 9, 2026 *Ex Parte* Chambers Proceedings in the BVI Proceedings |
| JA-004076 – 004375 | 49-17 | | Exhibit 17 – Transcript of May 13, 2026 Videotaped Deposition of Paul Pretlove |
| JA-004376 – 004389 | 49-18 | | Exhibit 18 – Order on Application for Joint Provisional Liquidators in the BVI Proceedings (dated January 9, 2026) |
| JA-004390 – 004395 | 49-19 | | Exhibit 19 – Order for the Continuation of the Order Appointing Joint Provisional Liquidators in the BVI Proceedings (dated January 29, 2026) |
| JA-004396 – 004411 | 49-20 | | Exhibit 20 – Affidavit of Cosimo Borrelli in the BVI Proceedings (filed March 2, 2026) |

| | | | |
|---|---|---|---|
| JA-004412 – 004633 | 49-21 | | Exhibit 21 – Transcript of May 14, 2026 Open Court Proceedings in the BVI Proceedings |
| JA-004634 – 004636 | 49-22 | | Exhibit 22 – Letter from Walkers on behalf of the Joint Provisional Liquidators to the Registrar of the High Court of Justice, Commercial Division, of the British Virgin Islands (dated May 15, 2026) |
| JA-004637 – 004640 | 49-23 | | Exhibit 23 – Letter from Walkers on behalf of the Joint Provisional Liquidators to the Registrar of the High Court of Justice, Commercial Division, of the British Virgin Islands (dated April 28, 2026) |
| JA-004641 – 004643 | 49-24 | | Exhibit 24 – Letter from Campbells on behalf of the Borrelli Debtors to the Registrar of the High Court of Justice, Commercial Division, of the British Virgin Islands (dated April 28, 2026) |
| JA-004644 – 004647 | 49-25 | | Exhibit 25 – Letter from Campbells on behalf of Cosimo Borrelli to Walkers (dated March 11, 2026) |
| JA-004648 – 004650 | 49-26 | | Exhibit 26 – Letter from Walkers on behalf of the Joint Provisional Liquidators to Campbells (dated March 17, 2026) |
| JA-004651 – 004654 | 49-27 | | Exhibit 27 – Letter from Campbells on behalf of the Borrelli Debtors to O'Neal Webster (dated February 21, 2026) |
| JA-004655 – 004658 | 49-28 | | Exhibit 28 – Notices of Opposition of the Borrelli Debtors in the BVI Proceedings (dated March 1, 2026) |
| JA-004659 – 004661 | 49-29 | | Exhibit 29 – Letter from O'Neal Webster on behalf of the BVI Attorney General to Campbells (dated February 27, 2026) |

| | | | |
|---|---|---|---|
| JA-004662 – 004666 | 49-30 | | Exhibit 30 – Letter from Campbells on behalf of the Borrelli Debtors to Interpath (dated February 24, 2026) |
| JA-004667 – 004669 | 49-31 | | Exhibit 31 – Letter from Walkers on behalf of the Joint Provisional Liquidators to Campbells (dated March 19, 2026) |
| JA-004670 – 004704 | 49-32 | | Exhibit 32 – Joint Provisional Liquidators' Responses and Objections to Objecting Debtors' First Set of Requests for Production of Documents to Joint Provisional Liquidators |
| JA-004705 – 004710 | 49-33 | | Exhibit 33 – Ordinary Application (Company) Per Rule 14 in the BVI Proceedings (dated March 1, 2026) |
| JA-004711 – 005003 | 49-34 | | Exhibit 34 – Transcript of May 14, 2026 Videotaped Deposition of Andrew Barrington Chissick |
| JA-005004 – 005005 | 49-35 | | Exhibit 35 – Invoice for Advance Payment Retainer from Sullivan & Cromwell LLP to Paul Pretlove (dated March 31, 2026) |
| JA-005006 – 005052 | 49-36 | | Exhibit 36 – Restraint Order Prohibiting Disposal of Assets in Hong Kong and Elsewhere in Hong Kong Proceedings |
| JA-005053 – 005068 | 49-37 | | Exhibit 37 – Skeleton Argument on behalf of the Joint Provisional Liquidators in the BVI Proceedings (dated May 12, 2026) |
| JA-005069 – 005099 | 49-38 | | Exhibit 38 – First Affidavit of James Kenneth Drury in the BVI Proceedings (dated May 4, 2026) |
| JA-005100 – 005104 | 50 | 05/21/2026 | *Ex Parte* Motion to Exceed Page Limit for Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |

| | | | |
|---|---|---|---|
| JA-005105 – 005149 | 51 | 05/21/2026 | Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005150 – 005151 | 52 | 05/22/2026 | Order Granting *Ex Parte* Motion to Exceed Page Limit for Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005152 – 005154 | 56 | 05/22/2026 | Cosimo Borrelli's Notice of Withdrawal of Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005155 – 005195 | 57 | 05/22/2026 | Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005196 – 005198 | 67 | 05/29/2026 | Cosimo Borrelli's Notice of Withdrawal of Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief [ECF No. 57] |
| JA-005199 – 005240 | 67-1 | | Exhibit A – Redline of Revisions Made to Withdrawn Objection |
| JA-005241 – 005281 | 68 | 05/29/2026 | Cosimo Borrelli's Corrected Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005282 – 005282 | 70 | 06/01/2026 | Order Setting Deadline for Filing Reply to Objections to Recognition |
| JA-005283 – 005284 | 71 | 06/01/2026 | Joint Provisional Liquidators' Notice of Filing of Revised Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-005285 – 005292 | 71-1 | | Exhibit A – Revised Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief |

| | | | |
|---|---|---|---|
| JA-005293 – 005300 | 71-2 | | Exhibit B – Blackline of Revised Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-005301 – 005301 | 73 | 06/03/2026 | Order Denying Request to Adjourn Recognition Hearing |
| JA-005302 – 005304 | 75 | 06/04/2026 | Order Granting Cosimo Borrelli's Motion to Permit Remote Appearance at Hearing on Recognition or Proceed by Deposition Designations |
| JA-005305 – 005306 | 77 | 06/05/2026 | Declaration of Christopher J. Dunne in Support of Reply to Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-005307 – 005543 | 77-1 | | Exhibit 1 – Transcript of the Remote Video-Teleconference Deposition of Cosimo Borrelli |
| JA-005544 – 006534 | 77-2 | | Exhibit 2 – Transcript of the Remote Video-Recorded Deposition of Riz Mokal |
| JA-006535 – 006551 | 77-3 | | Exhibit 3 – Cosimo Borrelli's Responses and Objections to Authorized Foreign Representatives' First Set of Requests for Production of Documents to Cosimo Borrelli |
| JA-006552 – 006576 | 78 | 06/05/2026 | Joint Provisional Liquidators' Reply to Cosimo Borrelli's Objection to Verified Petition Under Chapter 15 for Recognition of Foreign Main Proceedings and Related Relief |
| JA-006577 – 006579 | 80 | 06/08/2026 | Joint Provisional Liquidators' Notice of Hearing and Agenda of Matters Scheduled for Hearing on June 9, 2026 at 10:00 A.M. (Prevailing Eastern Time) |
| JA-006580 – 006618 | 82 | 06/11/2026 | Memorandum Opinion Recognizing the BVI Proceedings as Foreign Main Proceedings and Granting Related Relief |

| | | | |
|---|---|---|---|
| JA-006619 – 006629 | 83 | 06/12/2026 | Cosimo Borrelli's Supplemental Briefing Regarding Representation by Boies Schiller Flexner LLP |
| JA-006630 – 006647 | 84 | 06/12/2026 | Cosimo Borrelli's Limited Objection to the Revised Proposed Recognition Order |
| JA-006648 – 006655 | 84-1 | | Exhibit A – Cosimo Borrelli's Alternative Proposed Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-006656 – 006738 | 85 | 06/11/2026 | Transcript of June 9, 2026 Recognition Hearing |
| JA-006739 – 006740 | 86 | 06/15/2026 | Joint Provisional Liquidators' Notice of Filing of BVI Court Order |
| JA-006741 – 006749 | 86-1 | | Exhibit A – Draft Order on the Standing Applications in the BVI Proceedings (dated May 14, 2026) |
| JA-006750 – 006763 | 89 | 06/18/2026 | Memorandum Opinion Granting in Part and Denying in Part Cosimo Borrelli's Objection to the Proposed Recognition Order |
| JA-006764 – 006770 | 90 | 06/18/2026 | Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-006771 – 006774 | 91 | 06/18/2026 | Cosimo Borrelli's Notice of Appeal and Statement of Election |
| JA-006775 – 006776 | 91-1 | | Civil Cover Sheet for the United States District Court for the Southern District of New York |
| JA-006777 – 006784 | 91-2 | | Exhibit A – Order Granting Recognition of Foreign Main Proceedings and Related Relief |
| JA-006785 – 006824 | 91-3 | | Exhibit B – Memorandum Opinion Recognizing the BVI Proceedings as Foreign Main Proceedings and Granting Related Relief |

| | | | |
|---|---|---|---|
| JA-006825 – 006839 | 91-4 | | Exhibit C – Memorandum Opinion Granting in Part and Denying in Part Cosimo Borrelli's Objection to the Proposed Recognition Order |
| JA-006840 – 006841 | 92 | 06/22/2026 | Joint Provisional Liquidators' Notice of Filing of Order Bearing BVI Court Seal |
| JA-006842 – 006850 | 92-1 | | Exhibit A – Order on the Standing Applications in the BVI Proceedings (dated May 14, 2026) |
| JA-006851 – 006869 | 103 | 07/13/2026 | Protective Order Governing Discovery Material |
| JA-006870 – 006875 | | 06/02/2026 – 06/03/2026 | E-Mail Communications to the Chambers of Chief Judge Martin Glenn |
| JA-006876 – 006879 | | 06/02/2026 | Letter from Cosimo Borrelli to the Chambers of Chief Judge Martin Glenn (dated June 2, 2026) |
| JA-006880 – 006882 | | 06/03/2026 | Letter from Joint Provisional Liquidators to the Chambers of Chief Judge Martin Glenn (dated June 3, 2026) |
| JA-006883 – 006887 | | 06/12/2026 | Letter from Joint Provisional Liquidators to the Chambers of Chief Judge Martin Glenn (dated June 12, 2026) |